UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION, | Case No. 3:21-cv-00051-HDM-CLB |
| Plaintiff, | ORDER |
| v. | |
| PASQUAL CORDOVA, UNITED STATES INTERNAL REVENUE SERVICE, SMITHRIDGE PARK TOWNHOUSE ASSOCIATION, INC., | |
| Defendants. | |

The United States Internal Revenue Service's motion for an extension of time to answer or otherwise respond to the complaint (ECF No. 9) is GRANTED. The IRS shall have to and including February 2, 2021, to respond to the complaint in this action.

IT IS SO ORDERED.

DATED: This 1st day of February, 2021.

_____
UNITED STATES DISTRICT JUDGE