UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PASQUAL CORDOVA, UNITED STATES INTERNAL REVENUE SERVICE, SMITHRIDGE PARK TOWNHOUSE ASSOCIATION, INC.,<br><br>Defendants. | Case No. 3:21-cv-00051-HDM-CLB<br><br>ORDER |

Plaintiff National Default Servicing Corporation ("National Default") has filed a motion to interplead excess proceeds and to dismiss plaintiff. (ECF No. 22). No opposition to the motion having been filed, and the time for doing so having expired, the motion to interplead and dismiss plaintiff (ECF No. 22) is hereby GRANTED.

IT IS THEREFORE ORDERED that National Default shall deposit into the court registry the excess proceeds, after deducting reasonable attorney's fees and costs, from the trustee's sale of 26 Smithridge Park, Reno, Nevada 89502.

IT IS FURTHER ORDERED that attorney's fees and costs in the amount of $4,710.00 are reasonable and may be deducted from the excess proceeds before they are deposited into the court registry.

IT IS FURTHER ORDERED that National Default is DISMISSED WITH PREJUDICE as a party to this action upon the deposit of the benefits of the policy with the court registry.

IT IS SO ORDERED.

DATED: This 11th day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE