UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>PASQUAL CORDOVA, UNITED STATES INTERNAL REVENUE SERVICE, SMITHRIDGE PARK TOWNHOUSE ASSOCIATION, INC.,<br><br>Defendants. | Case No. 3:21-cv-00051-HDM-CLB<br><br>ORDER |

Defendant United States Internal Revenue Service has filed a notice of disclaimer and motion to be dismissed from this action (ECF No. 28). No opposition has been filed, and the time for doing so has expired. Accordingly, IT IS THEREFORE ORDERED that the motion to be dismissed (ECF No. 28) is GRANTED, and the IRS is hereby dismissed from this action.

IT IS FURTHER ORDERED that the remaining parties shall advise the court on or before June 11, 2021, as to a suggested realignment of parties in light of the dismissal of the IRS and the National Default Servicing Corporation.

IT IS SO ORDERED.

DATED: This 1st day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE