ADAM H. CLARKSON, ESQ.
Nevada State Bar Number 10003
MATTHEW J. MCALONIS, ESQ.
Nevada State Bar Number 11203
KEVIN S. SODERSTROM, ESQ.
Nevada State Bar Number 10235
THE CLARKSON LAW GROUP, P.C.
3230 S. Buffalo Drive, Suite 108
Las Vegas, Nevada 89117
Phone: 702-462-5700
Facsimile 702-446-6234
aclarkson@the-clg.com
mmcalonis@the-clg.com
ksoderstrom@the-clg.com
*Attorneys for Smithridge Park Townhouse Association, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONAL DEFAULT SERVICING CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PASQUAL CORDOVA; UNITED STATES INTERNAL REVENUE SERVICE; SMITHRIDGE PARK TOWNHOUSE ASSOCIATION, INC.; DOES 1 through 10 and ROE BUSINESS ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:21-cv-00051-HDM-CLB<br><br>ORDER GRANTING<br><br>**STIPULATION FOR JUDGMENT IN FAVOR OF DEFENDANT SMITHRIDGE PARK TOWNHOUSE ASSOCIATION, INC., FOR DISBURSEMENT OF INTERPLEADER FUNDS, AND FOR CLOSING OF CASE** |

///

///

///

///

1

Whereas the instant action is an interpleader action commenced by Plaintiff National Default Servicing Corporation ("NDSC") on August 28, 2020 in relation to certain excess proceeds from a trustee's sale of 26 Smithridge Park, Reno, Nevada, 89502 by NDSC; and

Whereas NDSC filed a Motion to Interplead Excess Proceeds and to Dismiss Plaintiff (ECF No. 22) on April 21, 2021 seeking an Order from the Court directing NDSC to deposit into the Court registry the excess proceeds from the trustee's sale, less reasonable attorney's fees and costs in the amount of $4,710.00, for total interpleader funds in the amount of $67,721.72 ("Interpleader Funds") and dismissing NDSC as a party to this action; and

Whereas Defendant United States Internal Revenue Service ("IRS") filed a Disclaimer of Interest and Request for Dismissal as a Party to This Action (ECF No. 28) on May 6, 2021, disclaiming any interest in the Interpleader Funds and requesting dismissal of IRS as a party to this action; and

Whereas an Order was entered by the Court on May 11, 2021 (ECF No. 29) directing NDSC to deposit the Interpleader Funds into the Court registry and dismissing NDSC with prejudice as a party to this action upon the deposit of the Interpleader Funds into the Court registry; and

Whereas an Order was entered by the Court on June 1, 2021 (ECF No. 30) dismissing IRS as a party to this action; and

Whereas NDSC deposited the Interpleader Funds into the Court registry on June 7, 2021 (ECF Nos. 31 and 32); and

Whereas Defendant Pasqual Cordova ("Cordova") hereby disclaims any interest in the Interpleader Funds;

/ / /

/ / /

It is hereby Stipulated and Agreed, by and between Cordova and Defendant Smithridge Park Townhouse Association, Inc. ("Smithridge"), by and through their respective counsel, that judgment be entered in favor of Smithridge on its claim to the Interpleader Funds in the amount of $67,721.72 and that the Clerk of the Court be directed to disburse the Interpleader Funds to Smithridge, to be delivered to and made payable to its counsel of record, "The Clarkson Law Group, P.C."

It is further Stipulated and Agreed that each party shall bear its own attorney's fees and costs of this action.

It is further Stipulated and Agreed that this case shall be closed upon entry of judgment in favor of Smithridge and disbursement of the Interpleader Funds to Smithridge.

Dated this 9th day of June, 2021.

THE CLARKSON LAW GROUP, P.C.

 /s/ Matthew J. McAlonis
ADAM H. CLARKSON, ESQ.
Nevada State Bar Number 10003
MATTHEW J. MCALONIS, ESQ.
Nevada State Bar Number 11203
KEVIN S. SODERSTROM, ESQ.
Nevada State Bar Number 10235
3230 South Buffalo Drive, Suite 108
Las Vegas, NV 89117
*Attorneys for Defendant Smithridge Park Townhouse Association, Inc.*

Dated this 8th day of June, 2021.

LIPPMAN RECUPERO

 /s/ Whitney C. Wilcher
WHITNEY C. WILCHER, ESQ.
Nevada State Bar Number 7212
400 South 4th Street, Suite 500
Las Vegas, NV 89101
*Attorney for Defendant Pasqual Cordova*

IT IS SO ORDERED.

Dated this 11th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE